UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket No. 1:17-cr-10142-DJC |
| CARLOS HERNANDEZ | |

**DEFENDANT'S MOTION TO CONTINUE DEADLINE TO PRESENT ALTERNATIVE PROPOSAL(S) FOR CONDITIONS OF RELEASE**

The defendant, Carlos Hernandez, by and through undersigned counsel, respectfully requests this Honorable Court extend the time by which he must present alternative conditions of release for the Court's consideration for a further twenty-one (21) days[1], until October 12, 2017.

As grounds, the defendant avers and states that his counsel continues to work with the defendant's sister, Sandra Plummer, a Licensed Alcohol and Drug Counselor (LADC) who previously testified before this Honorable Court on the issue of release on conditions, regarding potential placement in a suitable inpatient drug treatment facility in, or near, her home city of Manchester, NH. As of the date of this filing, the defendant's sister has identified four (4) possible inpatient treatment centers in the broader geographic area which might be suitable for the defendant.[2] They are: Phoenix House in Keene, NH; Friendship House in Bethlehem, NH; Farnum Center in Manchester, NH; and McLean Hospital in Belmont, MA. Of these, Ms. Plummer seems to be leaning towards Phoenix House; she is in the process of determining "bed space"/availability. Should there be such availability for the defendant, undersigned counsel will

---

[1] Effectively leaving open the Court's final decision on the defendant's pending *Motion for Release on Conditions* for the same period.

[2] As was previously stated, the defendant appears to have a serious substance abuse issue and cannot/will not be eligible for RISE consideration unless subject to pretrial conditions of release which, for RISE applicants, often involve inpatient treatment programs.

need the additional time requested to learn more about the program's particulars, and also to explore the possibility of funding through U.S. Probation (or other means) in order to provide this Honorable Court with a meaningful alternate proposal to his current request that the defendant reside at home with his sister.

The government has previously stated its opposition to the defendant's release.

WHEREFORE, the defendant respectfully requests that his motion to continue his deadline to present alternative proposals for conditions of release be granted for an additional period of twenty-one (21) days.

Dated: September 21, 2017

Respectfully submitted,
CARLOS HERNANDEZ
By and through his attorney,

 /s/ *R. Bradford Bailey*
R. Bradford Bailey, BBO#549749
BRAD BAILEY LAW, P.C.
10 Winthrop Square, 4th Floor
Boston, Massachusetts 02110
Tel. 857.991.1945
Fax. 857.265.3184
brad@bradbaileylaw.com

Certificate of Service

I, R. Bradford Bailey, hereby certify that on this, the 21st day of September, 2017, I caused a true copy of the foregoing *Defendant's Motion to Continue Deadline to Present Alternative Proposal(s) for Conditions of Release* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

 /s/ *R. Bradford Bailey*
R. Bradford Bailey